Arturo T. Salinas, Esq.; State Bar No. 134174
Email: arturo@calljacob.com
LAW OFFICES OF JACOB EMRANI
A Professional Corporation
714 W. Olympic Blvd., Suite 300
Los Angeles, CA 90015
Tel: 213-748-7734
Fax: 213-283-3925

Attorneys for Plaintiff WILFRED STEWART

THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFRED STEWART, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; RUBEN MACIAS, <br><br> Defendants. | Docket No.: <br><br> **COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT FOR NEGLIGENCE** <br><br> **DEMAND FOR JURY TRIAL** |

COMES NOW, PLAINTIFF, WILFRED STEWART AND DOES COMPLAIN AND ALLEGE AGAINST DEFENDANTS AND EACH OF THEM, AS FOLLOWS:

///

///

1

## I.

## **JURISDICTION AND VENUE**

1. Plaintiff brings this action under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 1402(b), 2401(b), and 2671-2680 ("FTCA") and 39 U.S.C. § 409(a) against Defendants UNITED STATES OF AMERICA and RUBEN MACIAS, and each of them, for negligent acts and/or omissions arising from a postal truck versus automobile incident on August 29, 2019, which occurred on Rosecrans Avenue and west of Ramona Avenue, in the City of Lawndale, County of Los Angeles resulting in Plaintiff sustaining personal injuries and damages.

2. This Court has jurisdiction over all causes of action asserted against the federal government, including Defendants UNITED STATES OF AMERICA and RUBEN MACIAS, and each of them, pursuant to 28 U.S.C. § 1346 and 39 U.S.C. § 409(a).

3. Venue is proper is 28 U.S.C. § 1402(b) because at all times relevant, Plaintiff resided and resided in this district and all of the wrongful, negligence acts and/or omissions complained of herein occurred in this judicial district.

## II.

## **PARTIES**

4. Plaintiff is, and at all times herein mentioned is, an individual residing in the County of Los Angeles, State of California.

5. Defendant UNITED STATES OF AMERICA is the United States federal government responsible for, *inter alia,* providing postal service in the United States.

6. Defendant RUBEN MACIAS is, and at all times herein mentioned was, an individual residing in the County of Los Angeles, State of California and an employee, acting in course and scope of employment with Defendant UNITED STATES OF AMERICA.

7. Plaintiff is informed and believes and thereupon alleges that, at all times mentioned herein, defendants were the agents, servants, employees, successors-in-interest and/or joint venturers of their co-defendants and were, as such, acting within the purpose, course, scope and authority of said agency, employment, successor-in-interest and/or joint venture and that each and every defendant as aforesaid was acting as a principle and was negligent in the selection and hiring and retention of each and every defendant as an agent, employee, successor-in-interest and/or joint venture.

## III.

## STATEMENT OF THE RELEVANT FACTS

8. On August 29, 2019, Plaintiff was driving his automobile westbound on Rosecrans Avenue when his vehicle was struck by a United States Postal Service truck (License no. 3304233) that was driven by Defendant RUBEN MACIAS. The United States Postal Service truck being driven by Defendant RUBEN MACIAS negligently and wrongfully made a right hand turn to westbound Rosecrans and collided with Plaintiff's vehicle causing Plaintiff to sustain personal injuries and damages.

9. Plaintiff alleges the acts, conduct and omissions of defendants and each of them, were negligent and the acts, conduct and omissions were the legal, proximate cause

of injuries and damages to Plaintiff.

10. As a result of the conduct, omissions and negligence of defendants and each of them, plaintiff has been required to employ and has employed physicians and surgeons and healthcare professionals and has incurred medical expenses in the treatment of said injuries; plaintiff alleges on information and belief that plaintiff will employ physicians and surgeons and healthcare professionals in the future and will incur medical expenses in the treatment of said injuries in the future by reason of said negligence. Plaintiff has sustained other economic damages for property damage to his bicycle at least $500.00. Plaintiff has incurred economic damages and in the future will incur economic damages according to proof as result of the conduct, omissions, and negligence of defendants and each of them. Plaintiff is informed and believes, and thereon alleges that he has sustained past economic damages of least $136,212.89 and future economic damages of least $500,000.00 for a total amount of at least $536,212.89 and will ask leave to amend this Complaint to show the exact amounts incurred or will offer proof thereof at the time of trial.

11. Plaintiff was required to comply with FTCA claim statute against Defendants, and each of them, and Plaintiff did timely comply with said FTCA claim statute.§

////

////

///

///

4

## IV.
## FIRST CAUSE OF ACTION

**(Federal Tort Claims Act For Negligence Against Defendants**

**United States of America and Ruben Macias)**

12. Plaintiff alleges and incorporates by reference as though fully set forth herein each and every allegation contained above.

13. On August 29, 2019, Plaintiff was driving his automobile westbound on Rosecrans Avenue when his vehicle was struck by a United States Postal Service truck (License no. 3304233) that was driven by Defendant RUBEN MACIAS. The United States Postal Service truck being driven by Defendant RUBEN MACIAS negligently and wrongfully made a right-hand turn to westbound Rosecrans and collided with Plaintiff's vehicle which proximately and substantially caused Plaintiff to sustain personal injuries.

14. Under the FTCA and 39 U.S.C. § 409(a), Defendant UNITED STATES OF AMERICA is liable relating to tort claims in the same manner and to the same extent as a private individual under like circumstances, including liability to Plaintiff for the common law torts of its employee, i.e., Defendant RUBEN MACIAS, who was in the course and scope of employment, in the same manner in which the common law has recognized liability, and under common law of the State of California, Defendant UNITED STATES OF AMERICA and Defendant RUBEN MACIAS would be liable and are liable to Plaintiff for their negligent acts, conduct and omissions as alleged herein above.

15. As a result of the conduct, omissions and negligence of defendants and each

5

of them, Plaintiff sustained severe personal injuries, severe emotional distress, pain and suffering, permanent injuries and trauma and damages as alleged herein above.

## PRAYER

WHEREFORE, Plaintiff demands judgment against Defendants and each of them, as follows:

1. General damages in the amount of $500,000.00 and any additional general damages according to proof;

2. Economic damages in the amount of $136,212.89 and any economic damages incurred after the filing of this lawsuit according to proof;

3. Prejudgment and post interest according to proof;

4. Costs of suit; and

5. For such other relief as the court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: February 23, 2022

LAW OFFICES OF JACOB EMRANI
A Professional Corporation

BY: _____
ARTURO T. SALINAS, ESQ.
714 W. Olympic Blvd., Suite 300
Los Angeles, CA 90015
Tel: 213-748-7734
Email: arturo@calljacob.com
Attorneys for Plaintiff
Wilfred Stewart §

6